**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Crosby Enterprises, L.L.C.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1428028** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **17751 Highway 3235** <br> **Galliano, LA 70354** <br> Number, Street, City, State & ZIP Code | **c/o Kurt J. Crosby, P.O. Box 1226** <br> **Galliano, LA 70354** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Lafourche** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Crosby Enterprises, L.L.C.**
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **3241**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

Debtor   **Crosby Enterprises, L.L.C.**                                                    Case number (*if known*)
Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor District | **See Attachment** | Relationship | |
| | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Crosby Enterprises, L.L.C.**                                    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 16, 2026**
                        MM / DD / YYYY

**X** **/s/ Lawrence Perkins**                                              **Lawrence Perkins**
     Signature of authorized representative of debtor                 Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Benjamin W. Kadden**                              Date **July 16, 2026**
     Signature of attorney for debtor                                 MM / DD / YYYY

**Benjamin W. Kadden 29927**
Printed name

**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
Firm name

**601 Poydras Street, Suite 2775
New Orleans, LA 70130**
Number, Street, City, State & ZIP Code

Contact phone   **(504)568-1990**        Email address   **bkadden@lawla.com**

**29927 LA**
Bar number and State

Debtor    **Crosby Enterprises, L.L.C.**
_____Name_____

Case number (*if known*) _____

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number (*if known*) _____    Chapter    **11**

☐ Check if this is an
amended filing

---

**FORM 201. VOLUNTARY PETITION**

**Pending Bankruptcy Cases Attachment**

| | | | | |
|---|---|---|---|---|
| Debtor | **Crosby Enterprises, L.L.C.** | | Case number (*if known*) | |
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Bertucci Contracting Company, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **USBC - Eastern District of Louisiana** | When | **3/23/26** | Case number, if known | **26-10681** |
| Debtor | **Crosby Dredging, LLC** | | | Relationship to you | **Affilate** |
| District | **USBC - Eastern District of Louisiana** | When | **3/23/26** | Case number, if known | **26-10680** |
| Debtor | **Crosby Inland Marine, LLC** | | | Relationship to you | **Affiliate** |
| District | **USBC – Eastern District of Louisiana** | When | | Case number, if known | |
| Debtor | **Crosby Inshore Marine Service, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **USBC – Eastern District of Louisiana** | When | | Case number, if known | |
| Debtor | **Crosby Marine Repairs, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **USBC – Eastern District of Louisiana** | When | | Case number, if known | |
| Debtor | **Crosby Marine Transportation, LLC** | | | Relationship to you | **Affiliate** |
| District | **USBC - Eastern District of Louisiana** | When | **3/23/26** | Case number, if known | **26-10678** |
| Debtor | **Crosby Offshore Marine Service, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **USBC – Eastern District of Louisiana** | When | | Case number, if known | |
| Debtor | **Crosby Real Estate** | | | Relationship to you | **Affiliate** |
| District | **USBC – Eastern District of Louisiana** | When | | Case number, if known | |
| Debtor | **Crosby Tugs, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **USBC - Eastern District of Louisiana** | When | **3/23/26** | Case number, if known | **26-10679** |
| Debtor | **Kurt Crosby, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **USBC – Eastern District of Louisiana** | When | | Case number, if known | |
| Debtor | **Tala Marine, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **USBC – Eastern District of Louisiana** | When | | Case number, if known | |
| Debtor | **Tala Real Estate, LLC** | | | Relationship to you | **Affiliate** |
| District | **USBC - Eastern Distict of Louisiana** | When | | Case number, if known | |
| Debtor | **Webb Crosby, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **USBC – Eastern District of Louisiana** | When | | Case number, if known | |

## CERTIFICATE OF RESOLUTION

I, Kurt J. Crosby, the sole holder of Class A Units for Crosby Enterprises, LLC (the "Company") do hereby certify that the Company has adopted the following resolutions:

**RESOLVED**, that it is desirable and in the best interest of the Company, its creditors, members, and other interested parties, that a voluntary petition be filed by the Company seeking relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code") and it is further

**RESOLVED**, that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Lawerence Perkins, as Chief Restructuring Officer, of SierraConstellation Partners LLC, be and hereby is, specifically and exclusively authorized and directed, on behalf of and in the name of the Company, to execute and verify a petition substantially in such form and all related and required documents to the extent necessary, to commence a Chapter 11 bankruptcy case (the "Petition") and to cause the Petition to be filed with the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court"), at such time as Chief Restructuring Officer, Lawerence Perkins executing the Petition on behalf of the Company, in his sole discretion shall determine; and it is further

**RESOLVED**, that on behalf of the Company, Lawerence Perkins, as Chief Restructuring Officer, be and hereby is specifically and exclusively authorized to execute and file all petitions, schedules, lists and the motions, objections, replies, applications, and other papers or documents and take all actions which he, in his sole discretion determines to be necessary or proper in connection with the Chapter 11 case; and it is further

**RESOLVED**, that Lawerence Perkins, as Chief Restructuring Officer on behalf of the Company, be and hereby is specifically and exclusively authorized and directed to employ, pay appropriate retainers, and execute retention agreements, subject to approval by the Bankruptcy Court including: (a) Lugenbuhl, Wheaton, Peck, Rankin and Hubbard ("Lugenbuhl") as bankruptcy counsel, (b) Raymond James & Associates, Inc. ("Raymond James") as investment banker, and (c) any additional professionals deemed to be necessary during the Chapter 11 case's administration ("Other Professionals"); and it is further

**RESOLVED,** that on behalf of the Company, Lawerence Perkins, as Chief Restructuring Officer, be and hereby is specifically and exclusively authorized to appoint one or more persons, including employed professionals, to assist in the administration of the Chapter 11 case, by acting as representative of the Company, including at any meeting, appearance, court proceeding, hearing, or trial; and it is further

**RESOLVED,** that on behalf of the Company, Kurt J. Crosby, be and hereby authorized and directed to employ Lawerence Perkins as the Chief Restructuring Officer and SierraConstellation Partners LLC, and is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Lawerence Perkins as Chief Restructuring Officer.

**IN WITNESS WHEREFORE,** I have hereunto set my hand on July 14, 2026.

Crosby Enterprises, LLC

By: _____

Kurt J. Crosby, as Chief Executive Officer for Crosby Enterprises, LLC

{00383734-1}                                        2

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Crosby Enterprises, L.L.C.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arba Credit Investors III, L.P. c/o Henry A King King & Jurgens LLC 201 St. Charles Avenue, 45th Floor New Orleans, LA 70170** | | | | | | **$11,604,899.00** |
| **Atlantic Union Equipment Finance, Inc. 2475 Northwinds Pkwy., Suite 330 Alpharetta, GA 30009** | | **Crosby Guardian** | **Contingent Disputed** | | | **$7,343,232.00** |
| **Banc of America Leasing P.O. Box 100918 Atlanta, GA 30384-0918** | | **As listed on ECF Doc. 294** | **Contingent Disputed** | | | **$6,296,925.00** |
| **Bank Plus 1068 Highland Colony 400 Concourse Ridgeland, MS 39157** | | | **Contingent Disputed** | | | **$7,182,030.48** |
| **Bank Plus 1068 Highland Colony 400 Concourse Ridgeland, MS 39157** | | | **Contingent Disputed** | | | **$3,010,375.73** |
| **Bank Plus 1068 Highland Colony 400 Concourse Ridgeland, MS 39157** | | **New HQ and Warehouse** | **Contingent Disputed** | | | **$1,896,907.97** |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor   **Crosby Enterprises, L.L.C.**                                      Case number *(if known)*   _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank Plus 1068 Highland Colony 400 Concourse Ridgeland, MS 39157** | | | **Contingent Disputed** | | | **$1,379,263.08** |
| **Citizens Asset Finance 71 South Wacker Dr., 29th Floor Chicago, IL 60606** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **City National Bank of Florida c/o Matthew C. Guy Adams & Reese, LLP 701 Poydras Street, Suite 4500 New Orleans, LA 70139** | | **UCC-1 (Vessels & Proceeds)** | **Contingent Disputed** | | | **$664,545.16** |
| **City National Bank of Florida c/o Matthew C. Guy Adams & Reese, LLP 701 Poydras Street, Suite 4500 New Orleans, LA 70139** | | **as listed on ECF Doc. 294** | **Contingent Disputed** | | | **$6,253,038.34** |
| **City National Bank of Florida c/o Matthew C. Guy Adams & Reese, LLP 701 Poydras Street, Suite 4500 New Orleans, LA 70139** | | **as listed on ECF Doc 294** | **Contingent Disputed** | | | **$3,247,534.83** |
| **City National Bank of Florida c/o Matthew C. Guy Adams & Reese, LLP 701 Poydras Street, Suite 4500 New Orleans, LA 70139** | | **as listed on ECF Doc 294** | **Contingent Disputed** | | | **$8,928,052.53** |

Debtor    **Crosby Enterprises, L.L.C.**                                   Case number *(if known)*
_____                          _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ELGA One, LLC Seriers III c/o Daniel C Rodgers Esq Baker Donelson Berman Caldwell & Berkowi 201 St. Charles Ave., Suite 3600 New Orleans, LA 70170** | | **as listed on ECF Doc. 294** | | | | **$2,154,312.31** |
| **Insight Capital LLC Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **MC Bank & Trust P.O. Drawer 2000 Morgan City, LA 70381** | | **as listed on ECF Doc 294** | | | | **$9,742,972.00** |
| **Moby Capital LLC c/o Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808** | | | **Contingent Unliquidated Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **Post Road Equipment Finace SPV, L.L.C. c/o Raymond T. Waid Liskow & Lewis 701 Poydras Street, Suite 5000 New Orleans, LA 70139** | | | **Contingent Disputed** | | | **$741,365.97** |
| **Regions Commerical Equipment Finance LLC c/o Harold Flanagan Flanagan Partners, LLP 201 St. Charles Avenue, Suite 3300 New Orleans, LA 70170** | | **No. 9 (171734), Susan Crosby (1038405), Crosby Dredger (169162), Allison Crosby (1032748)** | **Contingent Disputed** | | | **$10,483,732.45** |

Official form 204                  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                  page 3

Debtor   **Crosby Enterprises, L.L.C.**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Regions Commerical Equipment Finance LLC c/o Harold Flanagan Flanagan Partners, LLP 201 St. Charles Avenue, Suite 3300 New Orleans, LA 70170** | | **as listed on ECf Doc. 294** | **Contingent Disputed** | | | **$8,709,944.25** |
| **State Bank & Trust 14828 West Main Cut Off, LA 70357-0745** | | **as listed on ECF Doc 294** | **Contingent Disputed** | | | **$2,403,811.00** |

A & C BARGES, INC.
1905 SOUTH BAYOU DRIVE
GOLDEN MEADOW, LA 70357


A & C BARGES, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


AARON GUIDRY
C/O WILLIAM ABEL
ABEL LAW FIRM, LLC
405 WEST SECOND STREET
THIBODAUX, LA 70301


AARON JOSEPH, INC
129 W. 163RD ST.
GALLIANO, LA 70354


AARON JOSEPH, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


ADAMS & REESE, LLP
ATTN: RICHARD A. AGUILAR
MARK J. CHANEY
701 POYDRAS STREET, 45TH FLOOR
NEW ORLEANS, LA 70139


ALLIE-T, L.L.C.
17771 HWY 3235
GALLIANO, LA 70354


ARBA CREDIT INVESTORS III, L.P.
C/O HENRY A KING
KING & JURGENS LLC
201 ST. CHARLES AVENUE, 45TH FLOOR
NEW ORLEANS, LA 70170


ATLANTIC UNION EQUIPMENT FINANCE, INC.
2475 NORTHWINDS PKWY., SUITE 330
ALPHARETTA, GA 30009

BAKER DONELSON, BERMAN, CALDWELL & BERKO
ATTN: RILEY T. SVIKHART
201 ST. CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LA 70170


BAKER DONELSON, BERMAN, CALDWELL & BERKO
ATTN: JOSEPH BRIGGETT
201 ST. CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LA 70170


BANC OF AMERICA LEASING
P.O. BOX 100918
ATLANTA, GA 30384-0918


BANK PLUS
1068 HIGHLAND COLONY
400 CONCOURSE
RIDGELAND, MS 39157


BERTUCCI CONTRACTING COMPANY, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


BLANK ROME, LLP
ATTN: REGINA STRANGO KELBORN,
GREGORY VIZZA AND LAWRENCE THOMAS
1201 N. MARKET STREET, SUITE 800
WILMINGTON, DE 19801


CALCASIEU PARISH SHERIFF'S TAX DIVISION
P.O. BOX 1450
LAKE CHARLES, LA 70602


CAMERON PARISH TAX COLLECTOR
124 RECREATION CENTER LANE
P.O. BOX 1250
CAMERON, LA 70631


CITIZENS ASSET FINANCE
71 SOUTH WACKER DR., 29TH FLOOR
CHICAGO, IL 60606

```
CITY NATIONAL BANK OF FLORIDA
C/O MATTHEW C. GUY
ADAMS & REESE, LLP
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS, LA 70139


CROSBY & SON TOWING, INC
8905 SOUTH BAYOU DR.
GOLDEN MEADOW, LA 70357


CROSBY & SON TOWING, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY BOAT CO., L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY BOAT COMPANY, INC.
1905 S. BAYOU DRIVE
GOLDEN MEADOW, LA 70357


CROSBY BOAT RENTAL, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY BOAT RENTALS, INC
129 WEST 163RD ST.
GALLIANO, LA 70354


CROSBY DREDGING, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY GROUP, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY HOLDINGS, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354
```

CROSBY INLAND MARINE, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY INSHORE MARINE SERVICE, INC
101 WEST 163RD ST.
GALLIANO, LA 70354


CROSBY INSHORE MARINE SERVICE, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY INVESTORS II, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY INVESTORS, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY MACHINERY, LLC
C/O MICHAEL G. HELM
1515 POYDRAS STREET, SUITE 1950
NEW ORLEANS, LA 70112


CROSBY MARINE REPAIR, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY MARINE TOWING, INC
129 WEST 163RD ST.
GALLIANO, LA 70354


CROSBY MARINE TOWING, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY MARINE TRANSPORTATION, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354

CROSBY OFFSHORE MARINE SERVICE, INC.
101 WEST 163RD ST.
GALLIANO, LA 70354


CROSBY OFFSHORE MARINE SERVICE, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY REAL ESTATE, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY TOWBOATS, INC.
129 WEST 163RD STREET
GALLIANO, LA 70354


CROSBY TOWBOATS, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY TUGS, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY, INC., TARA
129 WEST 163RD STREET
GALLIANO, LA 70354


CROSBY, INC., VINTON
129 WEST 163RD STREET
GALLIANO, LA 70354


DERBES LAW FIRM, LLC
C/O ALBERT J. DERBES, IV
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002


ELGA ONE, LLC SERIERS III
C/O DANIEL C RODGERS ESQ
BAKER DONELSON BERMAN CALDWELL & BERKOWI
201 ST. CHARLES AVE., SUITE 3600
NEW ORLEANS, LA 70170

FLANAGAN PARTNERS, LLP
HAROLD FLANAGAN
201 ST. CHARLES AVE., SUITE 3300
NEW ORLEANS, LA 70170


INSIGHT CAPITAL LLC
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICE
801 BROADWAY
M/S 146
ROOM 285
NASHVILLE, TN 37203


JMB CAPITAL PARTNERS LENDING, LLC
ATTN: VIKAS TANDON
205 S. MARTEL AVENUE
LOS ANGELES, CA 90036


KOMPASS KAPITAL FUNDING LLC
9800  METCALF AVENUE
SUITE 120
OVERLAND PARK, KS 66212


KURT CROSBY
P.O. BOX 279
COVINGTON, LA 70433


KURT CROSBY, INC
8905 SOUTH BAYOU DRIVE
GOLDEN MEADOW, LA 70357


KURT CROSBY, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354

LAFOURCHE PARISH SHERIFF'S OFFICE
P.O. BOX 5608
THIBODAUX, LA 70302


LAUREN GUIDRY LEYER
ABEL LAW FIRM, LLC
C/O WILLIAM ABEL
405 WEST SECOND STREET
THIBODAUX, LA 70301


LISKOW & LEWIS
ATTN: RAYMOND T. WAID
701 POYDRAS STREET, SUITE 5000
NEW ORLEANS, LA 70139


LOUISIANA DEPARTMENT OF REVENUE
COLLECTION DIVISION/BANKRUPTCY SECTION
P.O. BOX 66658
BATON ROUGE, LA 70896-6658


LOUISIANA WORKFORCE COMMISSION
UI TAX LIABILITY AND ADJUDICATIONS
ATTN; BANKRUPTCY UNIT
1001 N. 23RD STREET
BATON ROUGE, LA 70802


LUHR CROSBY, LLC
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70186


MC BANK & TRUST
P.O. DRAWER 2000
MORGAN CITY, LA 70381


MEGED FUNDING GROUP
C/O VCORP. SERVICES, LLC
108 W. 13TH STREET, STE. 100
WILMINGTON, DE 19801


MOBY CAPITAL LLC
C/O CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

MOORE & VAN ALLEN, PLLC
BENJAMIN E. SHOOK
100 NORTH TRYON STREET, SUITE 4700
CHARLOTTE, NC 28202


NEWMAN, MATHIS, BRADY, & SPEDALE
3501 N. CAUSEWAY BLVD.
METAIRIE, LA 70002


NINE MI MOORING SERVICE, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


OFFSHORE RIG MOVING, L.L.C.
17771 HIGWAY 3235
GALLIANO, LA 70354


PADDY CROSBY, AS THE TRUSEE OF THE
LAUREN GUIDRY TRUST
C/O DEGAN BLANCHARD & NASH
5555 HILTON AVE., SUITE 620
BATON ROUGE, LA 70808


PADDY CROSBY, AS THE TRUSTEE
OF THE AARON GUIDRY TRUST
ABEL LAW FIRM, LLC
405 WEST SECOND STREET
THIBODAUX, LA 70301


PADDY CROSBY, INC
1905 SOUTH BAYOU DR.
GOLDEN MEADOW, LA 70357


PADDY CROSBY, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


PNC EQUIPMENT FINANCE
C/O DAVID VERLIZZO 655 BUSINESS CENTER
655 BUSINESS CENTER, SUITE 250
HORSHAM, PA 19044

PORT LOUISIANA, INC
400 POYRDRAS STREET, RM 1840
NEW ORLEANS, LA 70130


POST ROAD EQUIPMENT FINACE SPV, L.L.C.
C/O RAYMOND T. WAID
LISKOW & LEWIS
701 POYDRAS STREET, SUITE 5000
NEW ORLEANS, LA 70139


PUSATERI, JOHNSTON, GUILLOT & GREENBAUM,
AARON B. GREENBAUM
1100 POYDRAS STREET, SUITE 2250
NEW ORLEANS, LA 70163


QUADROS, MIGI, & KILMER, PLLC
C/O BRIAN KILMER
509 BRANARD ST
HOUSTON, TX 77006


REGIONS COMMERICAL EQUIPMENT FINANCE LLC
C/O HAROLD FLANAGAN
FLANAGAN PARTNERS, LLP
201 ST. CHARLES AVENUE, SUITE 3300
NEW ORLEANS, LA 70170


REQUIP, LLC
P.O. BOX 86
HOUMA, LA 70361


RICK SHELBY
KELLY HART
400 POYDRAS STREET, SUITE 1812
NEW ORLEANS, LA 70130


RJM & COMPANY, LLC
C/O KOTTEMANN LAW FIRM
3800 FLORIDA AVE # 201
KENNER, LA 70065


SCHONEKAS EVAN MCGOEY & MCECHIN LLC
C/O KYLE D. SCHONEKAS
909 POYDRAS ST.
SUITE 1600
NEW ORLEANS, LA 70112

SHERIFF GERALD A TURLICH JR
PLAQUEMINES PARISH SHERIFF'S OFFICE
8022 HIGHWAY 23
BELLE CHASSE, LA 70037


SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GENERAL COUNSEL
ATTN: BANKRUPTCY
6401 SECURITY BLVD
BALTIMORE, MD 21235


SPENCER FANE
CHRISTOPHER F. HAMILTON
201 N. FRANKLIN ST., STE. 2150
TAMPA, FL 33602


SQ ADVANCE
REGISTERED AGENCTS INC
7901 4TH STREET N
SAINT PETERSBURG, FL 33702


ST. MARY PARISH TAX COLLECTOR
1455 RAILROAD AVE.
MORGAN CITY, LA 70380


STATE BANK & TRUST
14828 WEST MAIN
CUT OFF, LA 70357-0745


STERNBERG, NACCARI & WHITE, LLC
C/O RYAN J. RICHMOND
450 LAUREL STREET, SUITE 1450
BATON ROUGE, LA 70801


STONE PIGMAN WALTHER WITTMANN, LLC
ATTN: ANDREW D. MENDEZ
909 POYDRAS STREET, SUITE, 3150
NEW ORLEANS, LA 70112


SUSAN CROSBY
P.O. BOX 279
COVINGTON, LA 70433

SUSAN MAIRE, INC.
129 WEST 163RD STREET
GALLIANO, LA 70354


SUSAN MARIE, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


TALA AIR LOGISITICS, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354


TALA BARGE COMPANY, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


TALA ENVIRONMENTAL, LLC
17751 HWY 3235
GALLIANO, LA 70354


TALA MARINE REPAIRS, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


TALA MARINE, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


TALA REAL ESTATE, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


TALA RENEWABLES, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


TALA SOLUTIONS, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


TARA CROSBY, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354

```
TAX COLLECTOR
PARISH OF PLAQUEMINES
8022 HWY 23
BELLE CHASSE, LA 70037


TAX COLLECTOR
PARISH OF LAFOURCHE
P.O. BOX 5608
THIBODAUX, LA 70302


TAX COLLECTOR/SHERIFF
PARISH OF JEFFERSON
P.O. BOX 248
GRETNA, LA 70054


TERREBONNE PARISH SHERIFF'S OFFICE
SHERIFF TIMOTH SOIGNET
P.O. BOX 1990
3441 WEST PARK AVE.
GRAY, LA 70359


THE AARON GUIDRY TRUST
P.O. BOX 279
GOLDEN MEADOW, LA 70357


THE ALLISON CROSBY TRUST
P.O. BOX 279
GOLDEN MEADOW, LA 70357


THE LAUREN GUIDRY TRUST
P.O. BOX 279
GOLDEN MEADOW, LA 70357


THE MIDDLEBERG RIDDLE GROUP
YVETTE A. D'AUNOY
909 POYDRAS
SUITE 1400
NEW ORLEANS, LA 70112


THE TARA CROSBY TRUST
P.O. BOX 279
GOLDEN MEADOW, LA 70357
```

UNITED STATES ATTORNEY'S OFFICE
650 POYDRAS STREET, SUITE 1600
NEW ORLEANS, LA 70130


UNITED STATES SMALL BUSINESS ADMINISTRAT
ATTN: LOUISIANA DISTRICT OFFICE
500 POYDRAS STREET, SUITE 828
NEW ORLEANS, LA 70130


US ATTORNEY FOR ED LA BANKRUPTCY
650 POYDRAS STE. 1600
NEW ORLEANS, LA 70130


US DEPARTMENT OF JUSTICE
ATTORNEY GENERAL
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20530


VINTON CROSBY, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


VINTON VAN GEAUX, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354


WEBB CROSBY, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


WYNWOOD CAPITAL GROUP
20200 W. DIXIE HIGHWAY
MIAMI, FL 33180

# United States Bankruptcy Court
### Eastern District of Louisiana

In re __Crosby Enterprises, L.L.C.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Crosby Enterprises, L.L.C.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 16, 2026__

Date

__/s/ Benjamin W. Kadden__

__Benjamin W. Kadden 29927__

Signature of Attorney or Litigant

Counsel for __Crosby Enterprises, L.L.C.__

__Lugenbuhl, Wheaton, Peck, Rankin & Hubbard__

__601 Poydras Street, Suite 2775__
__New Orleans, LA 70130__
__(504)568-1990 Fax:(504)310-9195__
__bkadden@lawla.com__